McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDDIE LEONARD GOIS, et al.,<br><br>    Defendants. | CASE NO.  1:07-MJ-00073 SMS<br><br>MOTION TO UNSEAL COMPLAINT;<br><br>**ORDER** |

The Complaint in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, hereby moves that the Complaint in this case be unsealed and made public record.

Dated: April 12, 2007            /s/ Kathleen A. Servatius
                                 KATHLEEN A. SERVATIUS
                                 Assistant U. S. Attorney

      IT IS SO ORDERED.

**Dated:   April 13, 2007**              /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE

1