# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**



AUG 03 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  J. HELLINGS
         DEPUTY CLERK

|  |  |
|---|---|
| United States of America )<br>vs. )<br>Steven Michael Harrill ) | Case No. 07-CR-91 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Steven Michael Harrill___, have discussed with ___Lydia J. Serrano___, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the condition: Reside at and participate in the WestCare program as directed by program staff and Pretrial Services; and, replacing it with:
You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8/3/07          _____  8-3-07
Signature of Defendant    Date              Pretrial Services Officer    Date
Steven Michael Harrill                       Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                                              8/3/07
Signature of Assistant United States Attorney                         Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                              8-3-07
Signature of Defense Counsel                                         Date
Joan Levie

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on ___8/3/07___
☐ The above modification of conditions of release is *not* ordered.

_____                                              8/3/07
Signature of Judicial Officer                                        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services