**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE: (559) 498-8165

Attorney for Defendant, STEVEN MICHAEL HARRILL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>STEVEN MICHAEL HARRILL, et al.,<br><br>　　　Defendant. | CASE NO. CR-F- 07-0091 LJO<br><br>**ORDER ON EX PARTE REQUEST FOR PERMISSION TO LEAVE THE STATE OF CALIFORNIA FOR EMPLOYMENT RELATED TRAINING** |

　　　Defendant, STEVEN HARRILL, by and through his attorney, Joan Jacobs Levie, hereby moves this Court, *ex parte*, for authorization to leave the State of California between March 31, 2008 and April 11, 2008 to attend advanced training for his employment as a certified technician with the Thermo-King Corporation at its factory in Minneapolis, MN.  Thermo King is the world leader in transport temperature control equipment

　　　Mr. Harrill, charged with a drug offense, successfully completed and graduated from the WestCare program in November 2007.  True and complete copies of various certificates recognizing his WestCare graduation are attached hereto as Exhibit 1.  He lives in his own apartment and is doing beautifully.  He has maintained steady and progressively more responsible employment which began while he was in the program.

　　　In February 2007, Mr. Harrill went through a training program for beginning certification. Upon completion, he underwent an examination that was the prerequisite for advanced training as a

certified technician for Thermo-King in Fresno, a company that sells and repairs refrigeration & air conditioning equipment and supplies ice makers, industrial refrigeration, industrial refrigerators, industrial freezers, fishing ship or boat building services, and railroad rolling stock manufacture services.  Mr. Harrill passed the precertification examination with a score of 93%.  A true and correct copy of his test results are attached hereto as Exhibit 2.  His employer is so happy with Mr. Harrill's progress that he has arranged for Mr. Harrill's attendance at certification training in Minneapolis for two weeks.  The company will pay for airfare, hotel accommodations, meals, local transportation to and from the work site, and school fees, and he will receive his full wages of $20 per hour each day.  Mr. Harrill will have homework every night and be tested on the material each following day.  Upon completion of the training program and passing of the tests, he will receive a lifetime certification and a $3.00 per hour raise from Thermo-King of Fresno for advancement to a Certi-Tech position.

Undersigned counsel has discussed the matter with pre-trial services officer Jacob Scott who does not oppose this request.  Undersigned counsel has also e-mailed an explanatory communication to assistant U.S. Attorney Kathy Servatius.  Ms. Servatius has not notified counsel of any opposition to this request.

Authorization for Mr. Harrill to take advantage of this opportunity will be beneficial to society, advance his career, and assist him in remaining out of trouble with the law in the future.  It is extraordinary that he has accomplished so much in such a short period of time.

DATED: March 20, 2008

Respectfully submitted,

/S/ Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant,
STEVEN MICHAEL HARRILL

**EX PARTE ORDER AUTHORIZING STEVEN MICHAEL HARRILL TO
LEAVE THE STATE OF CALIFORNIA FOR EMPLOYMENT RELATED TRAINING.**

IT IS HEREBY ORDERED THAT Defendant Steven Michael Harrill may leave the State of California by airplane on March 30, 2008 to attend an employee-sponsored training program in Minneapolis, Minnesota from March 31, 2008 through April 11, 2008 and return to California on April 11, 2008 by airplane under the terms and conditions established by pretrial services, including but not limited to all the applicable terms of release.

IT IS SO ORDERED.

**Dated:   March 20, 2008**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE