**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, STEVEN MICHAEL HARRILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>STEVEN MICHAEL HARRILL, et al.,<br><br>  **Defendant.**<br>_____ | ) CASE NO. CR-F- 07-0091 LJO<br>)<br>) **EX PARTE REQUEST FOR PERMISSION TO**<br>) **LEAVE THE STATE OF CALIFORNIA FOR**<br>) **EMPLOYMENT RELATED ROTATION;**<br>) **ORDER.**<br>)<br>)<br>) |

Defendant, STEVEN HARRILL, by and through his attorney, Joan Jacobs Levie, hereby moves this Court, *ex parte*, for authorization to leave the State of California between June 26, 2008 and July 3, 2008 to relieve another Supervisor for a rotation. Mr. Harrill has been promoted to Supervisor of the industrial refrigeration division with Ingersol Rand, which is a company affiliated with Thermal King which is the world leader in transport temperature control equipment

Mr. Harrill, charged with a drug offense, successfully completed and graduated from the WestCare program in November 2007.  He lives in his own apartment and is doing beautifully.  He has maintained steady and progressively more responsible employment which began while he was in the program.

In February 2007, Mr. Harrill went through a training program for beginning certification. Upon completion, he underwent an examination that was the prerequisite for advanced training as a

-1-

PDF created with pdfFactory trial version www.pdffactory.com

certified technician for Thermo-King in Fresno, a company that sells and repairs refrigeration & air conditioning equipment and supplies ice makers, industrial refrigeration, industrial refrigerators, industrial freezers, fishing ship or boat building services, and railroad rolling stock manufacture services.  Mr. Harrill passed the precertification examination with a score of 93%.   Mr. Harrill has been promoted to Supervisor of the Industrial Division and with this position there is a need for him travel to Burley, Idaho for a rotation shift that will last one week. He will be driving to and from and will provide proof, via receipts, for his travels.

Undersigned counsel has discussed the matter with pre-trial services officer Jacob Scott who does not oppose this request.  Undersigned counsel has also e-mailed an explanatory communication to assistant U.S. Attorney Kathy Servatius.  Ms. Servatius has not notified counsel of any opposition to this request.

Authorization for Mr. Harrill to take advantage of this opportunity will be beneficial to society, advance his career, and assist him in remaining out of trouble with the law in the future.  It is extraordinary that he has accomplished so much in such a short period of time.

DATED: June 25, 2008

                                          Respectfully submitted,

                                          /S/ Joan Jacobs Levie
                                          JOAN JACOBS LEVIE
                                          Attorney for Defendant,
                                          STEVEN MICHAEL HARRILL

PDF created with pdfFactory trial version www.pdffactory.com

**EX PARTE ORDER AUTHORIZING STEVEN MICHAEL HARRILL TO LEAVE THE STATE OF CALIFORNIA FOR EMPLOYMENT RELATED TRAINING.**

IT IS HEREBY ORDERED THAT Defendant Steven Michael Harrill may leave the State of California by automobile on June 26, 2008 to cover for a fellow supervisor during their rotation in Burley, Idaho from June 27, 2008 through July 2, 2008 and return to California on July 3, 2008 by automobile under the terms and conditions established by pretrial services.

**It is so ordered.**

DATED:  June 25, 2008                            /s/ Gary S. Austin
                                                 HON. GARY S. AUSTIN
                                                 U.S. Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com