**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE: (559) 498-8165

Attorney for Defendant, STEVEN MICHAEL HARRILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>STEVEN MICHAEL HARRILL, et al.,<br><br>　　　Defendant. | CASE NO. CR-F- 07-0091 LJO<br><br>**EX PARTE REQUEST FOR PERMISSION TO REMAIN OUT OF THE STATE OF CALIFORNIA UNTIL JULY 15, 2008 FOR EMPLOYMENT RELATED REASONS; PROPOSED ORDER.** |

Defendant, STEVEN HARRILL, by and through his attorney, Joan Jacobs Levie, hereby moves this Court, *ex parte*, for authorization to remain out of state in Burley, Idaho until July 15, 2008 for employment purposes. Mr. Harrill was previously granted permission to leave the State of California between June 26, 2008 and July 3, 2008 to relieve another supervisor for a rotation. Mr. Harrill has been promoted to supervisor at Ingersoll-Rand Industrial Refrigeration, Inc., a company affiliated with Thermal King, the world leader in transport temperature control equipment The supervisor he was to temporarily replace was permanently removed from his position. Mr. Harrill is supervising a crew of 14 people in a new customer installation. It is hoped that the project will be completed by July 15, 2008.

Undersigned counsel has discussed the matter with pre-trial services officer Jacob Scott who does not oppose this request. Mr. Scott called the installation manager for Ingersoll-Rand,

-1-

Christopher Clark, and verified the above information with him.  Mr. Scott and defense counsel possess the contact information for the installation manager and for Mr. Harrill.  Undersigned counsel has also e-mailed an explanatory communication to assistant U.S. Attorney Kathy Servatius. Ms. Servatius has notified counsel that she does not oppose this request.

DATED: July 2, 2008

                                      Respectfully submitted,

                                      /S/ Joan Jacobs Levie  
                                      JOAN JACOBS LEVIE  
                                      Attorney for Defendant,  
                                      STEVEN MICHAEL HARRILL

                                      /S/ Kathleen Servatius  
                                      KATHLEEN SERVATIUS  
                                      Assistant United States Attorney

**EX PARTE ORDER AUTHORIZING STEVEN MICHAEL HARRILL TO REMAIN OUT OF THE STATE OF CALIFORNIA FOR EMPLOYMENT RELATED PURPOSES.**

IT IS HEREBY ORDERED THAT Defendant Steven Michael Harrill may remain in Idaho to supervise the remainder of the industrial refrigeration installation for his employer, Thermal King. Mr. Harrill is ordered to return to California by July 15, 2008 by automobile under the terms and conditions established by pretrial services.

DATED:  2 July 2008                            /s/ Dennis L. Beck
                                               HON. DENNIS BECK
                                               Magistrate Judge, U.S. District Court