**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, STEVEN MICHAEL HARRILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>              ) <br>     Plaintiff,        )<br>              )<br>vs.             )<br>              )<br>STEVEN MICHAEL HARRILL, et al.,  )<br>              )<br>     Defendant.       )<br>_____ ) | CASE NO. CR-F- 07-0091 LJO<br><br>**EX PARTE REQUEST FOR PERMISSION TO WORK OUT OF THE STATE OF CALIFORNIA FROM JULY 21, 2008-JULY 25, 2008; ORDER.** |

Defendant, STEVEN HARRILL, by and through his attorney, Joan Jacobs Levie, hereby moves this Court, *ex parte*, for authorization to work out of state in Burley, Idaho from July 21, 2008 until July 21, 2008 to complete the project that he began on June 26, 2008.  Mr. Harrill was previously granted permission to leave the State of California between June 26, 2008 and July 15, 2008 to supervise this project.  He has always returned to the Eastern District of California on schedule.  He will be present at his court hearing on July 18, 208.  Mr. Harrill is supervising a crew of 14 people in a new customer installation.  It is hoped that the project will be completed by July 25, 2008.

Undersigned counsel has discussed the matter with pre-trial services officer Jacob Scott who does not oppose this request. Mr. Scott and defense counsel possess the contact information for the

installation manager and for Mr. Harrill. Assistant U.S. Attorney Kathy Servatius has notified counsel that she does not oppose this request.

DATED: July 18, 2008

                                          Respectfully submitted,

                                          /S/ Joan Jacobs Levie_____
                                          JOAN JACOBS LEVIE
                                          Attorney for Defendant,
                                          STEVEN MICHAEL HARRILL

                                          /S/ Kathleen Servatius_____
                                          KATHLEEN SERVATIUS
                                          Assistant United States Attorney

**EX PARTE ORDER AUTHORIZING STEVEN MICHAEL HARRILL TO LEAVE THE STATE OF CALIFORNIA FOR EMPLOYMENT RELATED PURPOSES.**

IT IS HEREBY ORDERED THAT Defendant Steven Michael Harrill may return to Idaho to supervise the remainder of the industrial refrigeration installation for his employer, Thermal King. Mr. Harrill is ordered to return to California by July 25, 2008 under the terms and conditions established by pretrial services.

DATED: July 18, 2008           /s/ Dennis L. Beck
                               HON. DENNIS BECK
                               Magistrate Judge, U.S. District Court