1  **JOAN JACOBS LEVIE, #179787**
   **LAW OFFICES OF JOAN JACOBS LEVIE**
2  2014 TULARE STREET, SUITE 528
   FRESNO, CALIFORNIA 93721
3  TELEPHONE: (559) 498-8155
   FACSIMILE:  (559) 498-8165
4
   Attorney for Defendant, STEVEN MICHAEL HARRILL
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| UNITED STATES OF AMERICA, | ) CASE NO. CR-F- 07-0091 LJO |
|---|---|
| Plaintiff, | ) |
| vs. | ) **EX PARTE REQUEST FOR PERMISSION** |
|  | ) **TO LEAVE STATE OF CALIFORNIA** |
|  | ) **FROM SEPTEMBER 27, 2008 THROUGH** |
| STEVEN MICHAEL HARRILL, et al., | ) **SEPTEMBER 30, 2008; ORDER.** |
| Defendant. | ) |

Defendant, STEVEN HARRILL, by and through his attorney, Joan Jacobs Levie, hereby moves this Court, *ex parte*, for authorization to attend his grandmother's funeral in Council Bluffs, Iowa from September 27, 2008 until September 30, 2008 with his family. Mr. Harrill was previously granted permission to leave the State of California on four other occasions for employment purposes. The government did not object to any of the preior requests. Mr. Harrill has always returned to the Eastern District of California on schedule. .

//

//

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Undersigned counsel has discussed the matter with pre-trial services officer Jacob Scott who does not oppose this request. Assistant U.S. Attorney Elana Landau has notified counsel that she does not oppose this request.

DATED: September 25, 2008

                                  Respectfully submitted,

                                  /S/ Joan Jacobs Levie
                                  JOAN JACOBS LEVIE
                                  Attorney for Defendant,
                                  STEVEN MICHAEL HARRILL

                                  /S/ Elana Landau
                                  ELANA LANDAU
                                  Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**EX PARTE ORDER AUTHORIZING STEVEN MICHAEL HARRILL TO LEAVE THE STATE OF CALIFORNIA TO ATTEND HIS GRANDMOTHER'S FUNERAL**

IT IS HEREBY ORDERED THAT Defendant Steven Michael Harrill may travel to Council Bluffs, Idaho to attend his grandmother's funeral on or about September 27, 2008 under the terms and conditions established by pretrial services. Mr. Harrill is ordered to return to California by September 30, 2008.

DATED:   September 25, 2008          /s/ Gary S. Austin
                                     Magistrate Judge, U.S. District Court

PDF created with pdfFactory trial version www.pdffactory.com