**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, STEVEN MICHAEL HARRILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN MICHAEL HARRILL, et al.,<br><br>    Defendant.<br>_____ | CASE NO. 1:07-cr-00091 LJO<br><br>**EX PARTE REQUEST FOR PERMISSION TO LEAVE STATE OF CALIFORNIA FROM OCTOBER 8, 2008 THROUGH OCTOBER 18, 2008;**<br><br>**ORDER.** |

Defendant, STEVEN HARRILL, by and through his attorney, Joan Jacobs Levie, hereby moves this Court, *ex parte*, for authorization to attend employer-provided training at the Garden City Ammonia Program for further training for Industrial Refrigeration Training for Operators, in Garden City, Kansas from October 10 2008 until October 18, 2008.  Mr. Harrill previously was granted permission to leave the State of California on four occasions for employment purposes and once for his grandmother's funeral.  The government did not object to the prior requests.  Mr. Harrill has always returned to the Eastern District of California on schedule.  .

Mr. Harrill provided his flight itinerary, hotel information, and cell phone number to counsel and Pre-Trial Services.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Undersigned counsel has discussed the matter with pre-trial services officer Jacob Scott and Assistant U.S. Attorney Elana Landau who do not oppose this request.

DATED: October 3, 2008

                            Respectfully submitted,

                            /S/ Joan Jacobs Levie
                            JOAN JACOBS LEVIE
                            Attorney for Defendant,
                            STEVEN MICHAEL HARRILL

                            /S/ Elana Landau
                            ELANA LANDAU
                            Assistant United States Attorney

**EX PARTE ORDER AUTHORIZING STEVEN MICHAEL HARRILL TO LEAVE THE STATE OF CALIFORNIA TO ATTEND EMPLOYMENT RELATED TRAINING**

IT IS HEREBY ORDERED THAT Defendant Steven Michael Harrill may travel to Garden City, Kansas to attend further training and certification in Industrial Refrigeration Training for Operators on or about October 10, 2008 under the terms and conditions established by pretrial services. Mr. Harrill is ordered to return to California by October 18, 2008.

DATED:  10/3/2008               /s/ Sandra M. Snyder
                                      Magistrate Judge, U.S. District Court

PDF created with pdfFactory trial version www.pdffactory.com