**JOAN JACOBS LEVIE, #179787**
LAW OFFICES OF JOAN JACOBS LEVIE
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE: (559) 498-8165

Attorney for Defendant, STEVEN MICHAEL HARRILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN MICHAEL HARRILL, et al.,<br><br>Defendant. | CASE NO. CR-F- 07-0091 LJO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER.**<br><br>SCHED. DATE:   October 20, 2008<br>REQST. DATE:   January 16, 2009<br>TIME:                9:00 A.M.<br>COURT:  Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Elana Landau, and Joan Jacobs Levie, counsel for Defendant STEVEN MICHAEL HARRILL, that the date established for the sentencing hearing, currently scheduled for October 31, 2008 at 9:00 a.m. in the courtroom of the Hon. Lawrence J. O'Neill be continued until January 16, 2009 at 9:00 a.m. in the courtroom of the Hon. Lawrence J. O'Neill in order to mutually resolve some sentencing issues. Sentencing discussions and negotiations are underway between the parties.

DATED: October 28, 2008

Respectfully submitted,

/S/ Joan Jacobs Levie___
JOAN JACOBS LEVIE
Attorney for Defendant,
STEVEN MICHAEL HARRILL

-1-

/S/ Elana Landau
ELANA LANDAU
Assistant U.S. Attorney

＊ ＊ ＊ ＊ ＊

## ORDER

Having read the stipulation of counsel and finding good cause,

IT IS HEREBY ORDERED that the date of the sentencing proceedings will be continued in accordance with the above stipulation of counsel.  The defendant is ordered to return to court for further proceedings on January 16, 2009.

DATED:  October 28, 2008

By: __/s/ Lawrence J. O'Neill__
LAWRENCE J. O'NEILL
Judge of the United States District Court