1
2  **JOAN JACOBS LEVIE, #179787**
   **LAW OFFICES OF JOAN JACOBS LEVIE**
3  2014 TULARE STREET, SUITE 528
   FRESNO, CALIFORNIA 93721
4  TELEPHONE: (559) 498-8155
   FACSIMILE: (559) 498-8165

5  Attorney for Defendant, STEVEN MICHAEL HARRILL

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                   * * * * *

11

12 UNITED STATES OF AMERICA,           ) CASE NO. CR-F- 07-0091 LJO
           Plaintiff,                  )
13                                     ) **STIPULATION TO CONTINUE**
   vs.                                 ) **SENTENCING HEARING; ORDER.**
14 STEVEN MICHAEL HARRILL, et al.,     )
           Defendant.                  )
15                                     ) SCHED. DATE:  January 16, 2009
                                       ) REQST. DATE:  February 27, 2009
16                                     ) TIME:         8:30 A.M.
                                       ) COURT:  Hon. Lawrence J. O'Neill
17 _____

18       IT IS HEREBY STIPULATED between the parties, by and through counsel for the

19 government, Laurel J. Montoya and Joan Jacobs Levie, counsel for Defendant STEVEN MICHAEL

20 HARRILL, that the date established for the sentencing hearing, currently scheduled for January 16,

21
22 2009 at 8:10 a.m. in the courtroom of the Hon. Lawrence J. O'Neill be continued until February 27,

23 2009 at 8:30 a.m. in the courtroom of the Hon. Lawrence J. O'Neill.

24       The joint request for the change of sentencing date is due to changed circumstances.  The

25 government was originally represented by Assistant U.S. Attorney Kathy Servatius, with whom

26 certain agreements were reached giving rise to certain responsibilities for Mr. Harrill.  Assistant U.S.

27
28 Attorney Elana Landau, who is now out on maternity leave, replaced Ms. Servatius.  Defense counsel

learned on January 14, 2009, that Assistant U.S. Attorney Laurel Montoya would represent the government at sentencing. Ms. Montoya is preparing for some trials. It is very important for Ms. Levie and Ms. Montoya to have time to communicate to mutually resolve some sentencing issues. Discussions and negotiations were underway between the parties but Ms. Montoya has not been privy to those conversations. Therefore, In the interest of justice and fairness to both parties, this continuance is requested.

DATED: January 13, 2009                    Respectfully submitted,

/S/ Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant,
STEVEN MICHAEL HARRILL

/S/ Laurel Montoya
ELANA LANDAU
Assistant U.S. Attorney

**ORDER**

Having read the stipulation of counsel and finding good cause, IT IS HEREBY ORDERED that the sentencing proceedings will be continued in accordance with the above stipulation of counsel. The defendant is ordered to return to court for further proceedings on February 27, 2009 at 8:30.

IT IS SO ORDERED.

**Dated:   January 13, 2009**                       /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE