**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, STEVEN MICHAEL HARRILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-F- 07-0091 LJO-SMJ |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER.** |
| vs. | |
| STEVEN MICHAEL HARRILL, et al., | SCHED. DATE: November 24, 2009 |
| | REQST. DATE: January 08, 2010 |
| **Defendant.** | TIME:         1:30 P.M. |
| | COURT:       Hon. Sandra M. Snyder |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Kathleen Servatius, and Joan Jacobs Levie, counsel for Defendant STEVEN MICHAEL HARRILL, that the date established for the status conference, currently scheduled for November 24, 2009 at 1:30 p.m. in the courtroom of the Hon. Sandra M. Snyder be continued until January 08, 2010 at 1:30 p.m. in the courtroom of the Hon. Sandra M. Snyder.

The reason for the request to change the status conference date is to provide sufficient time to review discovery, contact witnesses, and wait for the conclusion of pending state court proceedings. The defendant is set to attend a DMV hearing on November 24, 2009 and is waiting for a hearing on a DUI charge on December 14, 2009. The parties and the U.S. Probation Officer, Sandra Dash, agree that this new date should provide sufficient time to determine if there will be a change to the charging document and to resolve this matter. Further, Assistant U.S. Attorney

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Servatius is currently involved in a trial, which is expected to be lengthy. Therefore, in the interest of justice and fairness to both parties, this continuance is requested.

DATED: November 23, 2009

Respectfully submitted,

/S/ Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant,
STEVEN MICHAEL HARRILL


/S/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant U.S. Attorney

\* \* \* \* \*

## **ORDER**

Having read the stipulation of counsel and finding good cause,

IT IS HEREBY ORDERED that the date of the status conference will be continued in accordance with the above stipulation of counsel. The defendant is ordered to return to court for further proceedings on January 08, 2010.

DATED:  November 23, 2009

By: _/s/ SANDRA M. SNYDER_____
SANDRA M. SNYDER
Magistrate Judge

-2-

PDF created with pdfFactory trial version www.pdffactory.com