**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE: (559) 498-8165

Attorney for Defendant, STEVEN MICHAEL HARRILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-F- 07-0091 LJO |
| Plaintiff, | **WAIVER OF DEFENDANT'S APPEARANCE; ORDER.** |
| vs. | |
| STEVEN MICHAEL HARRILL, et al., | REQST. DATE: January 08, 2010 |
| | TIME: 1:30 P.M. |
| Defendant. | COURT: Hon. Dennis L. Beck |

Defendant, STEVEN MICHAEL HARRILL, hereby waives his right to be present in person in open court, on January 08, 2010, and upon the hearing of any further proceedings in this cause, including but not limited to status conferences, arraignments, pre-trial motions, and requests for continuances, except for change of plea, trial, and imposition of sentence.

Defendant hereby requests the Court to proceed during his absence and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if he was personally present.  This request is made pursuant to Federal Rule of Criminal Procedure 43(c)(2) and (3).  Mr. Harrill resides and works in Orange County, California, from which travel to Fresno for nondispositive court hearings would impose financial and temporal hardships.

///

///

///

Defendant acknowledges that he has been informed of his rights under 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without him being present.

<u>Steven Michael Harrill</u>
STEVEN MICHAEL HARRILL, Defendant

_____
Address

_____
City/State/Zip Code

Dated: January 5, 2010            Respectfully submitted,

<u>/S/ Joan Jacobs Levie</u>
JOAN JACOBS LEVIE
Attorney for Defendant,
STEVEN MICHAEL HARRILL

\* \* \* \* \*

**ORDER**

Having read the request for waiver and **GOOD CAUSE APPEARING**,

**IT IS HEREBY ORDERED** that the defendant's appearance may be waived on January 8, 2010.

IT IS SO ORDERED.

Dated:   **January 5, 2010**            /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE