JOAN JACOBS LEVIE, #179787
LAW OFFICES OF JOAN JACOBS LEVIE
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE:  (559)498-8155
FACSIMILE:  (559)498-8165

Attorney for Defendant, STEVEN MICHAEL HARRILL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:07-CR-00091-LJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING AND |
| STEVEN MICHAEL HARRILL, | ) | ORDER THEREON |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the sentencing hearing currently set for April 23, 2010 be continued to **April 30, 2010 at 10:00 a.m.** Counsel for defendant Steven Michael Harrill, Joan Levie, is unavailable as she is out of the country and her flight was cancelled for reasons beyond her control.  Counsel's travel plans were disrupted due to atmospheric conditions and the latest

///

///

///

///

///

1

information is that she is attempting to reschedule and/or make alternate plans.

Dated: April 20, 2010

   /s/ Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant
STEVEN MICHAEL HARRILL

Dated: April 20, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant U.S. Attorney

## ORDER CONTINUING HEARING DATE

GOOD CAUSE HAS BEEN STATED.

IT IS SO ORDERED.

**Dated:   April 21, 2010**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE